

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00624-CV

| | |
|---|---|
| IN RE: ORDER FOR FORECLOSURE CONCERNING 5840 SHOW MASTER LANE, FORT WORTH, TX 76179 | § On Appeal from the 236th District Court |
| | § of Tarrant County (236-338317-22) |
| | § January 8, 2026 |
| | § Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr